■ In the Matter of ROBERT F. NIERSTEDT, Appellant, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. —

Judgment, Supreme Court, New York County (Burton Sherman, J.), entered on April 12, 1983, unanimously affirmed, without costs and without disbursements, for the reasons stated by Sherman, J. Concur — Kupferman, J. P., Sullivan, Carro, Silverman and Alexander, JJ.